| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Linda S. McAleer<br>Law Office of Linda S. McAleer<br>7317 El Cajon Blvd.<br>La Mesa, CA 91942<br><br>TELEPHONE NO.: (619) 516-1601<br><br>ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT, COUNTY OF CENTRAL DISTRICT<br>    BRANCH NAME: Central District of California | |
| PLAINTIFF: Brandi Passante<br>DEFENDANT: Hunter Moore, et al | CASE NUMBER:<br>SACV 12-01866-JVS (ANX) |
| DECLARATION OF DUE DILIGENCE | Ref. No. or File No.: |

1. I, Richard Snell, am at least 18 years of age and not a party to this action.

2. Documents to be served:

   Ex Parte Application for Temporary Restraining Order, Order Granting Plantiff's Ex Parte Application for a Temporary Restrainging Order and Order to Show Cause, Notice to Interested Parties and Report on the filing or Determination of an Action Regarding a Patent or Trademark

3. Party to be served:

   Hunter Moore, 627 Matmor, Woodland, CA 95776

4. Details of diligence:

   10/29/2012  3:45 pm  Attempted Service / Light's on / noise inside - Could not see inside / No response at door / Car in driveway.
   10/29/2012  7:45 pm  Attempted Service / Light's on / Music playing inside / Waited for about 15-20 minutes / No response

5. Person attesting to diligence:

   Name: Richard Snell
   Firm: Private Detective Services
   Address: 751 S. Weir Canyon Road, #157-681, Anaheim Hills, CA 92808
   Telephone number: (714) 546-7373
   I am a registered California process server: independent contractor
   Registration No.: 2005-55
   County: Sacramento

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10-30-2012

Richard Snell
(PRINTED NAME)                                                    (SIGNATURE)