## AFFIDAVIT OF SERVICE

State of California      County of Central District      Court

Case Number: SACV 12-01866-JVS (ANX)

Plaintiff:
**Brandi Passante**
vs.
Defendant:
**Hunter Moore, et al**

For: Linda S. McAleer
    Law Office of Linda S. McAleer

Received by Private Detective Services on the 29th day of October, 2012 at 12:29 pm to be served on **Hunter Moore, 627 Matmor, Woodland, CA 95776.** I, _Stephanie Cooper_, being duly sworn, depose and say that on the _2nd_ day of _November_, 20_12_ at _11:20_ p.m., executed service by delivering a true copy of the **Ex Parte Application for Temporary Restraining Order, Order Granting Plantiff's Ex Parte Application for a Temporary Restrainging Order and Order to Show Cause, Notice to Interested Parties and Report on the filing or Determination of an Action Regarding a Patent or Trademark** in accordance with state statutes in the manner marked below:

(✓) **INDIVIDUAL SERVICE:** Served the within-named person. **at 3801 Chestnut Street**

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____

( ) **NON SERVICE:** For the reason detailed in the Comments below.

COMMENTS: _Served at The Blockley - 3801 Chestnut St., Philadelphia PA 19104. Documents placed in his hands as he was socializing by the bar prior to going on stage to DJ. He was a white male, black hair, 5'11", 170lbs, 26yrs old, tattoos + beanie hat._

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of _Pennsylvania_
County of _Montgomery_

Subscribed and sworn to (or affirmed) before me on this _6th_ day of _Nov._, 20_12_, by _Stephanie Cooper_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_[Notary signature]_
NOTARY PUBLIC
NOTARIAL SEAL
TONIA SWAVELY, Notary Public
Lower Frederick Twp., Montgomery County
My Commission Expires April 8, 2015

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Private Detective Services
751 S. Weir Canyon Road
#157-681
Anaheim Hills, CA 92808
(714) 546-7373
Our Job Serial Number: 2012000820

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n