UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 12-01866 JVS (ANx)                     Date  November 9, 2012

Title  Brandi Passante v. Hunter Moore, et al.

Present: The Honorable  James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Linda McAleer | No Appearance |

**Proceedings:**   **Order to Show Cause (OSC) Why Preliminary Injunction Should Not Issue (Issd 10-26-12)**

Cause called and counsel for plaintiff makes her appearance.  The Court and counsel confer.

The Court ORDERS the TRO continued to Friday, November 16, 2012 at 1:30 p.m. for reasons stated on the record.

The Court FURTHER ORDERS the hearing on the OSC, referenced above, continued to Friday, November 16, 2012 at 1:30 p.m., for reasons stated on the record. Defendant shall file and serve any opposition to the OSC not later than Noon on Wednesday, November 14, 2012.  Plaintiff may file any reply by Noon on Thursday, November 15, 2012.

Plaintiff shall file an updated declaration(s) regarding the specific items discussed on the record.

The Court authorizes electronic service of this notice on the defendant by the plaintiff.

                                                                               :       06

                                                       Initials of Preparer    kjt