1  Linda S. McAleer, SBN 249233
   Law Offices of Linda S. McAleer
2  7317 El Cajon Blvd, Suite 204A
   La Mesa, CA 91942
3  T 619-516-1601 F 866-635-1485
   linda@lindamcaleer.com
4
5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI PASSANTE<br><br>        Plaintiffs,<br><br>   vs.<br><br>HUNTER MOORE, AN INDIVIDUAL, AND DOES 1-25,<br><br>        Defendants. | Case No.: SACV 12-01866-JVS(ANx)<br><br>**CERTIFICATE OF SERVICE OF ORDER ON CONTINUED TRO AND HEARING ON ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

   This certifies that the Court's Order on the continued TRO and continued hearing on the Order to Show Cause Why Preliminary Injunction Should Not Issue have been served on Defendant Hunter Moore as noted below:

\\\

\\\

\\\

-1-

| | |
|---|---|
| 1 | Hunter Moore |
| | (via email to bookhuntermoore@gmail.com) |
| 2 | Date of Service:   11/09/2012 |
| | Hunter Moore |
| 3 | (via email to sorrymother@gmail.com) |
| | Date of Service:   11/12/2012 |

Executed on  13 November , 2012 at La Mesa, CA

*JS McAla* (signature)

Linda S. McAleer, Attorney for Plaintiff