Linda S. McAleer, SBN 249233
Law Offices of Linda S. McAleer
7317 El Cajon Blvd, Suite 204A
La Mesa, CA 91942
T 619-516-1601 F 866-635-1485
linda@lindamcaleer.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRANDI PASSANTE

    Plaintiffs,

   vs.

HUNTER MOORE, AN INDIVIDUAL, AND
DOES 1-25,

    Defendants.

Case No.: SACV12-01866JVS (ANx)

**DECLARATION OF LINDA S. McALEER REGARDING DEFENDANT'S RESPONSE TO NOTICE OF CONTINUED HEARING AND ONGOING VIOLATIONS OF TRO**

### DECLARATION OF LINDA S. McALEER

  I, Linda S. McAleer, hereby declare under the penalties of perjury under the laws of the United States of America, that the following is true and correct:

  1. I am an attorney duly licensed to practice law before this Court. I am counsel of record for Plaintiff Brandi Passante. I submit this declaration in support of Plaintiffs' Order to Show Cause Re: Preliminary Injunction and Order of Impoundment. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify as a witness, I could and would testify competently to such matters.

2.   Pursuant to the Court's Order, I served Hunter Moore with the Court's Order continuing the temporary restraining order and the hearing on the Order to Show Cause Why a Preliminary Restraining Order Should Not Issue ("Order") at his published email addresses bookhuntermoore@gmail.com and sorrymother@gmail.com.

3.   At approximately 4:53 p.m., on November 9th, 2012 I sent an email to bookhuntermoore@gmail.com with the Order attached. A true and correct copy of the email is attached hereto as Exhibit A.

4.   I requested confirmation of delivery of the email and confirmation that the email had been read. I received confirmation of delivery, but did not receive a confirmation that the email was read. A true and correct copy of the confirmation of delivery email is attached hereto as Exhibit B.

5.   On the mornings of Saturday November 10th, Sunday November 11th, and Monday November 12th, 2012 I checked google.com, twitter.com, and huntermoore.tv, to see if there were posts directed toward Plaintiff or myself in response to the email notice. In my research I saw a post by Mr. Moore instructing his followers to email him at sorrymother@gmail.com.

6.   At approximately 12:59 p.m., on November 12th, 2012 I sent an email to sorrymother@gmail.com with the Order attached. A true and correct copy of the email is attached hereto as Exhibit C.

7.   I requested confirmation of delivery of the email and confirmation that the email had been read. I received confirmation of delivery, but did not receive a confirmation that the email was read. A true and correct copy of the confirmation of delivery email is attached hereto as Exhibit D.

8.   At approximately 3:06 p.m. on November 12th, 2012 Mr. Moore responded to my email from his sorrymother@gmail.com account saying his lawyer wanted to know, "if brandi

had missed this?" Attached to the email was a photograph of Mr. Moore naked from the torso down and in a sexually aroused state. I have redacted the offensive portion of the photograph out of respect for this forum. A true and correct copy of the redacted photo is attached hereto as Exhibit E.

9.    Subsequently, I received emails from Plaintiff's assistant and a colleague informing me that Moore had posted my email and his response to his tumblr.com site at http://is-anyone-up.tumblr.com/post/35595481209/brandi-passante-from-storage-wars-lawyers-convo. A true and correct screen shot of the post is attached as Exhibit F.

10.    Further research uncovered similar posts on http://www.huntermoore.tv and https://twitter.com/is_anyone_up. True and correct copies of these posts are attached as Exhibit G.

11.    On the morning of Tuesday November 13, 2012 I checked again for posts concerning myself or my client on Mr. Moore's sites and found that Mr. Moore had violated the restraining order and "Tweeted" my client claiming to have had sexual intercourse with her and further defamatory comments. By tagging "@BrandiPassante" in the post Mr. Moore ensured that she knew he posted about her and that she would see the posts, as Twitter sends an email notification to the individual tagged. These posts are submitted as exhibits to Plaintiff's declaration which is being filed concurrent with the declaration.

12.    Both the pornographic email directed to my client via my office and Defendant's posts claiming to have had sex with her are retaliatory and harassing in nature.

13.    Mr. Moore's antagonistic response shows a blatant disregard for the authority of this Court and evidences his unwillingness to respond to the Court's Order to Show Cause or to comply with the TRO currently in place. His email and posts confirm that he did receive notice of the continued hearing and TRO.

14.     I additionally scrolled back through Mr. Moore's tumblr.com account and confirmed that the original posts have not been removed in violation of the TRO. A true and correct copy of the post is attached as Exhibit H.

15.     I also confirmed that the video remains posted on fleshbot.com despite the TRO being issued. A true and correct copy of the screen shot is attached as Exhibit I.

16.     I am informed and believe that because of Mr. Moore's posts since the TRO was issued, my client has received "Tweets" and posts on other social media from unknown individuals both complimenting her on the video and attacking her for being a whore.

17.     I am informed and believe that my client has blocked Mr. Moore on Twitter, but the ongoing tweets from Mr. Moore and others have caused her to stop using social media as a means to communicate with her fan base, hampering her ability to do that particular part of her job.

18.     My client has incurred a great deal of expense in trying to have the original posts removed and prevent additional posts and in complying with the procedural requirements of service.

Executed November 15, 2012 in San Diego County, California.

Linda S. McAleer

-4-

# EXHIBIT A

Email noticing continued hearing

## Linda McAleer

**From:** Linda McAleer
**Sent:** Friday, November 09, 2012 4:53 PM
**To:** bookhuntermoore@gmail.com
**Subject:** Passante v. Moore Continued Hearing
**Attachments:** Ct Order on continued TRO hearing.pdf

Mr. Moore,

Attached please find notice of the continued Order to Show Cause Hearing from earlier today.

Again, if you have legal representation please have your attorney contact me.

Sincerely,

Linda McAleer

Linda S. McAleer, Esq.

LAW OFFICES OF LINDA S. McALEER

7317 El Cajon Blvd. #204a

La Mesa, CA 91942

T: 619-516-1601

F: 866-635-1485

Email: Linda@lindamcaleer.com

This email and any attachments may contain information that is confidential and/or protected by the attorney-client privilege and/or attorney work product doctrine. If you have received this email in error, please contact the sender immediately and destroy all contents of this transmission.

# EXHIBIT B

Confirmation of delivery
of email 1

## Linda McAleer

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | bookhuntermoore@gmail.com |
| **Sent:** | Friday, November 09, 2012 4:53 PM |
| **Subject:** | Relayed: Passante v. Moore Continued Hearing |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

bookhuntermoore@gmail.com (bookhuntermoore@gmail.com) <mailto:bookhuntermoore@gmail.com>

Subject: Passante v. Moore Continued Hearing

# EXHIBIT C

2 Email noticing
Continued hearing

## Linda McAleer

| | |
|---|---|
| **From:** | Linda McAleer |
| **Sent:** | Monday, November 12, 2012 12:59 PM |
| **To:** | sorrymother@gmail.com |
| **Subject:** | FW: Passante v. Moore Continued Hearing |
| **Attachments:** | Ct Order on continued TRO hearing.pdf |
| **Importance:** | High |

Mr. Moore, Please see attached.

**From:** Linda McAleer
**Sent:** Friday, November 09, 2012 4:52 PM
**To:** bookhuntermoore@gmail.com
**Subject:** Passante v. Moore Continued Hearing

Mr. Moore,

Attached please find notice of the continued Order to Show Cause Hearing from earlier today.

Again, if you have legal representation please have your attorney contact me.

Sincerely,

Linda McAleer

Linda S. McAleer, Esq.

LAW OFFICES OF LINDA S. McALEER

7317 El Cajon Blvd. #204a

La Mesa, CA 91942

T: 619-516-1601

F: 866-635-1485

Email: Linda@lindamcaleer.com

This email and any attachments may contain information that is confidential and/or protected by the attorney-client privilege and/or attorney work product doctrine. If you have received this email in error, please contact the sender immediately and destroy all contents of this transmission.

# EXHIBIT D

Confirmation of delivery
of 2nd email

**Linda McAleer**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | sorrymother@gmail.com |
| **Sent:** | Monday, November 12, 2012 12:59 PM |
| **Subject:** | Relayed: FW: Passante v. Moore Continued Hearing |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

sorrymother@gmail.com (sorrymother@gmail.com) <mailto:sorrymother@gmail.com>

Subject: FW: Passante v. Moore Continued Hearing

# EXHIBIT E

Defendant Moore's response
to Notice of continued hearing

**Linda McAleer**

| | |
|---|---|
| **From:** | hunter moore <sorrymother@gmail.com> |
| **Sent:** | Monday, November 12, 2012 3:06 PM |
| **To:** | Linda McAleer |
| **Subject:** | Re: FW: Passante v. Moore Continued Hearing |
| **Attachments:** | tumblr_lsnoihhbFX1qblvuoo3_400.png |

Hi Linda,

my lawyer wanted me to know if brandi missed this? please get back to me as soon as possible.



# EXHIBIT F

Defendants post of
Emlaw & response to
Notice of continued hearing

## FW: Passante v. Moore Continued Hearing

**Install Theme**

**Linda McAleer** LMCALEER@lindamcaleer.com
to me

Mr. Moore, Please see attached.

**From:** Linda McAleer
**Sent:** Friday, November 09, 2012 4:52 PM
**To:** bookhuntermoore@gmail.com
**Subject:** Passante v. Moore Continued Hearing

Mr. Moore,

Attached please find notice of the continued Order to Show Cause Hearing from earlier today.

Again, if you have legal representation please have your attorney contact me.

Sincerely,

Linda McAleer

Linda S. McAleer, Esq.
LAW OFFICES OF LINDA S. McALEER
7317 El Cajon Blvd. #204a
La Mesa, CA 91942

Linda S. McAleer, Esq.
LAW OFFICES OF LINDA S. McALEER
7317 El Cajon Blvd. #204a
La Mesa, CA 91942
T: 619-516-1601
F: 866-635-1485
Email: Linda@lindamcaleer.com
This email and any attachments may contain information that is confidential and/or protected by the attorney-client privileg
doctrine. If you have received this email in error, please contact the sender immediately and destroy all contents of this trai

**Ct Order on continued TRO hearing.pdf**
9K   View   Download

**hunter moore** sorrymother@gmail.com                                        3:06 PM (
to Linda

Hi Linda,

my lawyer wanted me to know if brandi missed this? please get back to me as soon as possible.



**tumblr_lsnoihhbFX1qblvuoo3_400.png**
278K   View   Share   Download

Merch
My Music
Twitter
Submit
ASK
Random
Archive

THEME *by* MAX DAVIS

brandi passante from storage wars lawyers convo with me <3
(Source:

twitter.com)

146 notes
tagged as: hunter. moore. storage. wars. brandi. passante.

liamlovegrove liked this
kellyardan liked this
burnettematthew liked this
curiosityenlightens liked this
ssstoned liked this
thestieg liked this
karmas-wrath liked this
hailsatankitty liked this
megansexton liked this
christopherrios liked this
tigerlillydragon liked this
nikkusu liked this
nickroc liked this
chuckles333 liked this
brittneyraye liked this
marissamaciel liked this
prettyskinny17 liked this
katiecuppcakes liked this
nocturnal-satyriasis liked this
vanitykillsx liked this
stayyynegative liked this
benniboom liked this
forgetchristina liked this
queenmegan liked this
tylermcwhatever reblogged this from chembrey
hewhowouldbeking said: Can't wait to see that girl nude.
machuprod liked this
ripthemapart liked this
brantongriffin liked this
hornybreed66 liked this
suchabadpenny liked this
derrekisking liked this
shelbyann24 liked this
iamamandapatterson liked this
sunsetsandphotographs liked this
jcips liked this
sochildish liked this
thefartingirish liked this
life-of-trash liked this
travisdef liked this
ohaichriss liked this
overyourdeadbody said: WHAT HAPPENED WITH YOU AND BRANDI?

Merch
My Music
Twitter
Submit
ASK
Random
Archive

THEME by MAX DAVIS

overyourdeadbody liked this

abbeyadora liked this

myothaone liked this

lounaaaa liked this

xstreetcornerwarriorx liked this

youlovesanchez liked this

ryanquigleysgrizzlybeard liked this

pussiesmeow liked this

jjjwhatwhatwhat liked this

c4llieluvs0rgasmz liked this

crystal-meth-princess liked this

semperfi0351 liked this

robertjoel liked this

vanityiskenzie liked this

diabolicmindset liked this

blanesaw liked this

fuckyeahsexblog liked this

hotdogsandboobs liked this

sarahann921 liked this

lexalot123 liked this

destroyingdreams liked this

lasirenerouge liked this

immandrew liked this

anjouanaru liked this

whomadetheworld liked this

rollin-dirty-bluntz liked this

pinkseifuku liked this

mevsthehighway liked this

puhtoonia liked this

ramirogonzalez11 liked this

stay-on-the-ground liked this

believe-in-brusnop liked this

zoundwave liked this

steffiexsmile liked this

verstacie liked this

zombree-vs-unicorns liked this

iamthemilfhunter liked this

thatcatkray liked this

taautou liked this

teenageinsomnia liked this

shelldweller liked this

glitteringwax liked this

sebriley liked this

radiojejune liked this

omgfran liked this

iamconcepie liked this

defendpooppunky0h liked this

forwhatwefear liked this

gentlemenpreferblondes266 liked this

jessshopko liked this

deonteblue liked this

spundeuce liked this



Merch
My Music
Twitter
Submit
ASK
Random
Archive

THEME *by* MAX DAVIS



lunatock liked this

coelacanth-soup liked this

degausssser liked this

natashanoel liked this

invodkawetrust liked this

fritzlshouseparty liked this

just-being-me-being-real liked this

spanisharlem liked this

hannibalthecanniballecter liked this

gnarg3hunter liked this

andreavoirol liked this

propertyofzack liked this

exercisetheridiculous liked this

nazicat liked this

heyiitslea liked this

goldenstandard liked this

colehurst liked this

wrecksss liked this

fuckmeovereasy liked this

ohhjoo liked this

thesilentsun liked this

augdensfucked liked this

holymotheroflucifer liked this

Merch
My Music
Twitter
Submit
ASK
Random
Archive

THEME *by* MAX DAVIS

# EXHIBIT G

Defendants posts of email
+ response to Notice of Continued
Hearing on other sites.

FW: Passante v. Moore Continued Hearing

**Linda McAleer** LMCALEER@lindamcaleer.com                                    1

to me

Mr. Moore, Please see attached.

---

**From:** Linda McAleer
**Sent:** Friday, November 09, 2012 4:52 PM
**To:** bookhuntermoore@gmail.com
**Subject:** Passante v. Moore Continued Hearing

Mr. Moore,

Attached please find notice of the continued Order to Show Cause Hearing from earlier today.

Again, if you have legal representation please have your attorney contact me.

Sincerely,

Linda McAleer

Linda S. McAleer, Esq.
LAW OFFICES OF LINDA S. McALEER
7317 El Cajon Blvd. #204a
La Mesa, CA 91942

Posted Nov. 12, 2012
StCU online

Posted at twitter.com/is_anyone_up

http://25.media.tumblr.com/tumblr_mdedx69RUU1qiggo1o1_1280.png                    11/13/2012

Linda S. McAleer, Esq.
LAW OFFICES OF LINDA S. McALEER
7317 El Cajon Blvd. #204a
La Mesa, CA 91942
T: 619-516-1601
F: 866-635-1485
Email: Linda@lindamcaleer.com
This email and any attachments may contain information that is confidential and/or protected by the attorney-client privileg
doctrine. If you have received this email in error, please contact the sender immediately and destroy all contents of this trai

 **Ct Order on continued TRO hearing.pdf**
9K   View   Download

 **hunter moore** sorrymother@gmail.com                              ⊖ 3:06 PM (
to Linda ▾

Hi Linda,

my lawyer wanted me to know if brandi missed this? please get back to me as soon as possible.



**tumblr_lsnoihhbFX1qblvuoo3_400.png**
278K   View   Share   Download

 

Want A Shirt?



Posted on **November 12, 2012**    Date Posted

## FW: Passante v. Moore Continued Hearing

**Linda McAleer** LMCALEER@lindamcaleer.com                                    1

to me ▾

Mr. Moore, Please see attached.

**From:** Linda McAleer
**Sent:** Friday, November 09, 2012 4:52 PM
**To:** bookhuntermoore@gmail.com
**Subject:** Passante v. Moore Continued Hearing

Mr. Moore,

Attached please find notice of the continued Order to Show Cause Hearing from earlier today.

Again, if you have legal representation please have your attorney contact me.

Sincerely,

Linda McAleer

Linda S. McAleer, Esq.
LAW OFFICES OF LINDA S. McALEER
7317 El Cajon Blvd. #204a
La Mesa, CA 91942

Posted on Huntermoore.tv

NN.NRLNO                                     e ì áíÉ̇ėj̇ çç̇É̇

Linda S. McAleer, Esq.
LAW OFFICES OF LINDA S. McALEER
7317 El Cajon Blvd. #204a
La Mesa, CA 91942
T: 619-516-1601
F: 866-635-1485
Email: Linda@lindamcaleer.com
This email and any attachments may contain information that is confidential and/or protected by the attorney-client privileg
doctrine. If you have received this email in error, please contact the sender immediately and destroy all contents of this trai

 **Ct Order on continued TRO hearing.pdf**
9K   View   Download

**hunter moore** sorrymother@gmail.com                                    3:06 PM (
to Linda

Hi Linda,

my lawyer wanted me to know if brandi missed this? please get back to me as soon as possible.

   **tumblr_lsnoihhbFX1qblvuoo3_400.png**
278K   View   Share   Download

This entry was posted in **Uncategorized** by Hunter. Bookmark the **permalink [http://www.huntermoore.tv/2012/11/brandi-
from-storage-wars-fucks-hunter-moore/]** .



# EXHIBIT H

Stills from video still
Posted on Defendant's
website in violation of TRO





# EXHIBIT I

Video still posted on
fleshbot.com in violation
of TRO

 Fleshbot | Pure Filth

Search...

SEX TAPESOctober 15, 2012 | 3 Comments

## Is This The Brandi Passante Masturbation Tape?



00:00
00:26

Rumor has it that the busty beauty from A&E's "Storage Wars" made a hot masturbation video. Is that what we're looking at here? Because we're watching a video with a deliciously curvy cutie touching herself in all the right ways, and we can't quite tell if it's the one and only Brandi Passante. What do you think?

The nose has a similar shape to it, especially around the nostrils, and it looks like they have the same chin, but we simply can't tell. Now would be the time for someone who watches a ton of "Storage Wars" to pipe up and do a comparison between the blankets seen on the bed in this tape (actually, only a small portion of the full tape) and the blankets shown on A&E some many episodes ago. Let us know what you think!

Tags: Brandi Passante, Celebrity, closeups, dubious, Masturbation, pussy, Reality TV, Rumors, Sex Tapes, storage wars, Video



**Author:Ottimo Massimo**

<u>View all posts by Ottimo Massimo →</u>
<u>← Videogames And BJs? What A World!</u>
<u>Danny Wylde And Chad Alva Made A Sick New Metal Album →</u>

## 3 comments

| 0 Stars | ▾ |

 Leave a message...

Discussion ▾        Community                                                              ⚙▾

 **Stig** · a month ago
Nope not her similar hair color and some features of her face, but that is not
Brandy....damnit
0 ⌃   1 ⌄ · Reply · Share ›

 **Case12** · a month ago
Not her - not even close.
0 ⌃   1 ⌄ · Reply · Share ›

 **Shaboygin** · 24 days ago
The fuck its not!
0 ⌃     ⌄ · Reply · Share ›

ALSO ON FLESHBOT                                                    What's this?  ✖

**If You Send Us Sexy Bondage Photos, We Will Post Them**
1 comment • 5 hours ago
 Conrad — Thank you for taking my submission. Which in this context just sounds dirty. Alisha sounds like sh…

**For A Good Time, Drink This Guy's Beer**
12 comments • 21 days ago
 Jencendiary — Gurl, I guess. . .

**Buy Christina Aguilera's Album, See Her Nipple**
3 comments • 10 hours ago
✄ ceilingfanboy — Honestly, I find the nudity hotter when it is accidental or has the appearance of being accidental.

**There's Never Been A Better Time To Show Your Love For Hardcore Porn**
8 comments • 6 days ago
 hodayathink — And just so you know, the links to Sweet Sinner, Sweetheart, and Reality Junkies don't work right no…