Linda S. McAleer, SBN 249233
Law Offices of Linda S. McAleer
7317 El Cajon Blvd, Suite 204A
La Mesa, CA 91942
T 619-516-1601 F 866-635-1485
linda@lindamcaleer.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRANDI PASSANTE

　　　　　Plaintiffs,

vs.

HUNTER MOORE, AN INDIVIDUAL, AND DOES 1-25,

　　　　　Defendants.

Case No.: SACV12-01866JVA (ANx)

DECLARATION OF BRANDI PASSANTE CONCERNING CONTINUED POSTS FROM HUNTER MOORE AND DAMAGES RESULTING THEREFROM

### DECLARATION OF BRANDI PASSANTE

I, Brandi Passante, hereby declare under the penalties of perjury under the laws of the United States of America, that the following is true and correct:

1. I have personal knowledge of the maters stated herein, and if called upon to testify I could and would do so competently.

2. I am the Plaintiff in the above referenced case

3. I am informed and believe that on October 26, 2012 the Court Granted a Temporary Restraining Order requiring the Defendant in this case to remove a video and images he alleged to be me from his websites.

4. Since this TRO was issued, I have received posts from Defendants internet "followers" commenting on the content of the pornographic video.

5. These posts to my Twitter account have ranged from invitations to reenact the video with the sender, to compliments on the actress' body, to insults and people calling me a whore.

6. There have also been damaging references to the TV show I appear on, calling it "Whorage Wars" instead of "Storage Wars."

7. I am aware that Moore has also been sent to me, through my counsel, a photograph of his penis in an aroused state sent in a harassing nature.

8. Consequently, I have had to block the Defendant from my Twitter account and I have stopped using social media all together, which prevents me from maintaining contact with my fan base.

9. The online insults, references to "Whorage Wars," and my inability to interact with my fan base all damage my popularity with my fans and my professional reputation.

10. Because Defendant was evasive and difficult to serve I have incurred a great deal of costs in legal and service fees.

11. I am informed and believe that on November 9, 2012 and again on November 12, 2012 my attorney noticed Defendant of the continued TRO and the hearing on the preliminary injunction and impoundment via email.

12. Shortly after notice was sent to Defendant, on November 13, 2012 I received an email notification that my Twitter account had been tagged in a post. The post was from Defendant referring to a time when he falsely claims I had sex with him and the video which is the subject of the TRO. A true and correct copy of the post is attached hereto as Exhibit A.

13. On November 13, 2012 I received notification of a second Twitter post, also from Defendant referring to my breasts in an unflattering and sexual manner. A true and correct copy of the post is attached as Exhibit B.

Executed November 15, 2012 in Orange County, California.

_____
Brandi Passante

# EXHIBIT A

- 

Search query Search

- 

- Language:English
  - 
  - Bahasa Indonesia
  - Bahasa Melayu
  - Dansk
  - Deutsch
  - Español
  - Euskara
  - Filipino
  - Italiano
  - Magyar
  - Nederlands
  - Norsk
  - Polski
  - Português
  - Suomi
  - Svenska
  - Türkçe
  - català
  - français
  - Čeština
  - Ελληνικά
  - Русский
  - Українська мова
  - עִבְרִית
  - اردو
  - العربية
  - فارسی
  - हिन्दी
  - ภาษาไทย
  - 日本語
  - 简体中文
  - 繁體中文
  - 한국어
- Have an account? Sign inNew to Twitter? Join Today »
  - 
  - 

Username or email Password

Remember me Sign in

Forgot password?
Already using Twitter via text message?

Close

## Embed this Tweet

Add this Tweet to your website by copying the code below. Learn more

- HTML
- Shortcode
- Link

Hmm, there was a problem reaching the server. Try again?

Alignment
None ⦿ Left ○ Right ○ Center ○

Control position and text wrapping on the page.

FollowFollowingUnfollowBlockedUnblockPendingCancel

 **Hunter Moore**@Huntermoore 16h

hey **@Brandipassante** remember when i fucked you in long beach and you told me not to post your video because you trusted me

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

- **10** Retweets
- **28** Favorites



2:20 AM - 13 Nov 12 ·  Embed this Tweet


16h **Hunter Moore**@Huntermoore

hey **@Brandipassante** remember when i fucked you in long beach and you told me not to post your video because you trusted me

**Expand Collapse**

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

 16h **Sawyer Fulks@Sawyer666**

@**Huntermoore** You need to get a life and grow up, buddy.

**Details Expand Collapse**

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

 16h **Jay @jayythagod**

@**Huntermoore** @**brandipassante** whorage wars

**Details Expand Collapse**

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

 16h **Hunter Moore@Huntermoore**

but you still follow me. trick shit nigga. you're just helping paying the bills fool. @**Sawyer666**

**Details Expand Collapse**

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

 16h **Sawyer Fulks@Sawyer666**

@**Huntermoore** I'm actually not.

# EXHIBIT B

- 

Search query Search

- 

- Language:English
  - 
  - Bahasa Indonesia
  - Bahasa Melayu
  - Dansk
  - Deutsch
  - Español
  - Euskara
  - Filipino
  - Italiano
  - Magyar
  - Nederlands
  - Norsk
  - Polski
  - Português
  - Suomi
  - Svenska
  - Türkçe
  - català
  - français
  - Čeština
  - Ελληνικά
  - Русский
  - Українська мова
  - עִבְרִית
  - اردو
  - العربية
  - فارسی
  - हिन्दी
  - ภาษาไทย
  - 日本語
  - 简体中文
  - 繁體中文
  - 한국어
- Have an account? Sign inNew to Twitter? Join Today »
  - 
  - 

Username or email Password

Remember me Sign in

Forgot password?
Already using Twitter via text message?

Close

## Embed this Tweet

Add this Tweet to your website by copying the code below. Learn more

- HTML
- Shortcode
- Link

Hmm, there was a problem reaching the server. Try again?

Alignment
None ⦿ Left ◯ Right ◯ Center ◯

Control position and text wrapping on the page.

FollowFollowingUnfollowBlockedUnblockPendingCancel

 **Hunter Moore**@**Huntermoore**16h

i can't wait to fuck @**Brandipassante** again. those titties were fat as fuck

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

- **5** Retweets
- **18** Favorites



2:19 AM - 13 Nov 12 ·   Embed this Tweet


16h **Hunter Moore**@**Huntermoore**

i can't wait to fuck @**Brandipassante** again. those titties were fat as fuck

**Expand Collapse**

- **Reply**

- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

16h **Nick @NIck_Agr5**

@**Huntermoore** @**Brandipassante** I never saw the video anywhere

**Details Expand Collapse**

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

16h **Steven Ayee@mockwrekz**

@**Huntermoore** @**Brandipassante** damn now I know who she is.. good shit lol pics or it wasnt true! Lol

**Details Expand Collapse**

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

12h **Randy Joe Luna@Randyjoeluna**

@**Huntermoore** @**brandipassante** where that video at nigga!?

**Details Expand Collapse**

- **Reply**
- **RetweetedRetweet**
- **Delete**
- **FavoritedFavorite**

12h **C-BLUNT@officialcblunt**

@**Huntermoore** @**Brandipassante** yuuuuup!!!!

**Details Expand Collapse**