UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-01866 JVS (ANx) | Date | November 16, 2012 |
| Title | Brandi Passante v. Hunter Moore, et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Linda McAleer | No Appearance |

**Proceedings:**     **Order to Show Cause (OSC) Why Preliminary Injunction Should Not Issue (Issd 10-26-12)**

Cause called and counsel for plaintiff makes her appearance.   The Court notes that there is no appearance on behalf of the defendant.  The Court and plaintiff's counsel confer.

The Court GRANTS the preliminary injunction and states its findings on the record.

The Court ORDERS that,  to the extent that the defendant does not comply with the terms of the Preliminary Injunction,  the defendant shall pay sanctions as follows: $250.00 per day after the initial seven (7) days that the Preliminary Injunction is in effect; $500.00 per day from day eight (8) to and including day fourteen (14);  $1,000.00 per day for every day after day fourteen (14)

Counsel for the plaintiff shall prepare, serve and submit a proposed form of preliminary injunction not later than Noon on Tuesday , November 20, 2012.

The Court sets a Compliance Hearing regarding the Preliminary Injunction for December 11, 2012 at 1:30 p.m.    Counsel for plaintiff shall file a Status Report not later than December 7, 2012.

|  |  | : | 10 |
|---|---|---|---|
|  | Initials of Preparer | kjt | |