1  Law Offices of Linda S. McAleer
   7317 El Cajon Blvd, Suite 204A
2  La Mesa, CA 91942
   T 619-516-1601 F 866-635-1485
3  Linda@lindamcaleer.com

4  Attorney for Plaintiff

5

6

7

8              UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
9

10 BRANDI PASSANTE,

11             Plaintiff,                Case No.: SACV12-01866-JVS (ANx)

12      vs.                              **NOTICE OF LODGING OF
                                         [PROPOSED] ORDER ON
13 HUNTER MOORE and JOHN DOES 1-25,      PLAINTIFF'S PRELIMINARY
                                         INJUNCTION**
14             Defendants.

15

16      **TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

17 PLEASE TAKE NOTICE that Linda S. McAleer, Attorney for Plaintiff, hereby

18 lodges the attached [Proposed] Order Granting Plaintiff's Preliminary Injunction.

19

20

21 Dated: November 20, 2012          _____

22                                   Linda S. McAleer
                                     Attorney for Plaintiff
23

24