1   Law Offices of Linda S. McAleer
    7317 El Cajon Blvd, Suite 204A
2   La Mesa, CA 91942
    T 619-516-1601 F 866-635-1485
3   Linda@lindamcaleer.com

4   Attorney for Plaintiff

5

6

7

8                   UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
9

10  BRANDI PASSANTE,

11                      Plaintiff,              Case No.  SACV 12-01866 JVS(ANx)

12           vs.                                **ORDER GRANTING PLAINTIFF'S *EX
                                                PARTE* APPLICATION FOR AN
13  HUNTER MOORE and JOHN DOES 1-25,            ORDER TO SHOW CAUSE RE CIVIL
                                                CONTEMPT SANCTIONS**
14                      Defendants.

15

16

17          Before the Court is an Application for An Order to Show Cause Re: Civil Contempt

18  Sanctions filed by Plaintiff Brandi Passante ("Plaintiff" or "Passante"). (Doc. 19.) Having

19  considered the papers and heard oral argument, the Court GRANTS Plaintiff's Application for

20  An Order to Show Cause Re Civil Contempt Sanctions.

21

22

23

24

**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT SANCTIONS**

IT IS ORDERED that Defendant Hunter Moore shall show cause unless Defendant waives the right to do so, before the Honorable Judge James V. Selna of the United States District Court for the Central District of California located at Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Room 1053, Santa Ana, California on January 8, 2013 at 1:15 p.m. why Defendant should not be held in civil contempt for Defendant's failure to comply with the October 26, 2012 Temporary Restraining Order and the November 20, 2012 Preliminary Injunction.

Plaintiff shall make service upon the Defendant of the Order to Show Cause Re: Contempt and all supporting papers forthwith. Defendant shall file and serve, either personally or electronically, any response to the Order to Show Cause no later than December 21, 2012. Plaintiff may file and serve, either personally or electronically, a reply no later than January 3, 2013.

Should Defendant be found in contempt, the Court will consider appropriate remedies, including the imposition of escalating monetary sanctions and/or incarceration, each for the purpose of securing Defendant's compliance with this Court's Orders.

IT IS SO ORDERED.

DATED: December 14, 2012

UNITED STATES DISTRICT JUDGE