1  Linda S. McAleer, SBN 249233
   Law Offices of Linda S. McAleer
2  7317 El Cajon Blvd, Suite 204A
   La Mesa, CA 91942
3  T 619-516-1601 F 866-635-1485
   linda@lindamcaleer.com
4

5  Attorney for Plaintiff

6

7

8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10 BRANDI PASSANTE

11         Plaintiffs,                    Case No.: SACV12-01866JVS (ANx)

12     vs.                                **DECLARATION OF LINDA S. McALEER
                                          RESPONDING TO OSC RE DISMISSAL
13 HUNTER MOORE, AN INDIVIDUAL, AND       FOR LACK OF PROSECUTION**
   DOES 1-25,
14
           Defendants.
15

16
                         **DECLARATION OF LINDA S. McALEER**
17

18     I, Linda S. McAleer, hereby declare under the penalties of perjury under the laws of the

19 United States of America, that the following is true and correct:

20     1. I am an attorney duly licensed to practice law before this Court. I am counsel of

21 record for Plaintiff Brandi Passante. I submit this declaration regarding the Order to Show Cause

22 re Dismissal for Lack of Prosecution entered on April 01, 2013.

23     2. I have personal knowledge of the matters set forth in this declaration, and if called

24 upon to testify as a witness, I could and would testify competently to such matters.

-1-

1  3. I actively attempted to settle this matter until late March 2013. At that time opposing
2  Counsel stopped responding to correspondence. I sent a follow up e-mail on April 1, 2013
3  seeking an acceptance or rejection of my last settlement offer and received no response.
4  4. I am currently drafting a Motion for Default Judgment and anticipate filing it no later
5  than May 03, 2013.

7  Executed April 22, 2013 in San Diego County, California.

        /s/Linda S. McAleer
        Linda S. McAleer, Esq.
        Attorney for Plaintiff