# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| BRANDI PASSANTE | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SACV 12-1866 JVS (ANx) |
| HUNTER MOORE | ) |
| *Defendant* | ) |

FILED
CLERK, U.S. DISTRICT COURT
APR 23 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Brandi Passante _____ defendant *(name)* Hunter Moore _____ recover from the the amount of seven hundred and fifty _____ dollars ($ 750.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Unapposed motion, the court grants attorney fees in favor of plaintiff, Brandi Passante, against Hunter Moore in the amount of $30,109.39.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Honorable James V. Selna _____ on a motion for default judgement, and Plaintiff's Motion for Attorney's Fees and Costs.

Date: 4.23.14

THE HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE